# Exhibit B1

## RULES & REGULATIONS

You must remain <u>inside</u> your home twenty-four hours a day unless prior permission for movement has been granted by the Sheriff's Office or court.

You must allow Sheriff's Office personnel entry into your home at all times during your stay on the program.

You must make arrangements, which will allow Sheriff's Office personnel to visit you at your place of employment or school to verify your attendance.

If you are a registered sex offender or registered violent offender against youth you must register at 3501 S. Michigan if you placed on EM at a Chicago address. If it is a suburban address you must register at the local police department. <u>Registration must be done within three days of being placed on EM.</u>

You must obtain approval from the Sheriff's Office prior to changing your address or scheduling movement outside of your home.

You cannot commit another crime while on the program. The consumption, possession or, being in the presence of person(s) consuming excessive alcohol, unlawful drugs, firearms or weapons is prohibited. Medication(s) prescribed by a physician for you is allowed. Any alcohol consumption or possession by a participant under 21 is prohibited.

You must return all monitoring equipment issued to you upon being notified of your discharge from the program or reimburse the monitoring company for any missing or damaged equipment. **Failure to return issued monitoring equipment may subject you to prosecution for violating conditions of the program and or felony theft.**

You must reside at a house, apartment or condominium within Cook County.

When you are delivered to your residence you must have a legal resident present at the residence who has a valid picture ID or Driver License with the EM address listed on it. They must also sign a consent form allowing you to reside at the residence.

The device on your ankle is in constant contact with the home monitoring receiving device (black box). These devices notify the Sheriff's Office whenever you leave your home.

Any attempt to tamper or remove the ankle bracelet or telephone device is a violation of the program rules and may subject you prosecution for the crime of escape.

The home monitoring receiving device must be plugged into an active electrical outlet at all times.

You will be receiving telephone calls from the Sheriff's Office Electronic Monitoring Center. These calls will be to your home, place of employment, or school and may occur at any time. You will respond to these calls as explained to you in the Electronic Monitoring Orientation Video.

You understand and agree that you must keep your phone in-service and the line open so that you can be monitored.

## INSTRUCTIONS FOR MOVEMENT

Participants on the Electronic Monitoring Program seeking permission for movement must call the Electronic Monitoring office seventy-two hours in advance. If you require movement on Mondays you must call prior to 3 p.m. on the preceding Friday.

**Movement to attend your <u>first</u> court date after being placed on the program has been pre-approved. If movement is granted for any reason you must call our office when you leave and when you return home.**

The date and time of your court date is on your copy of your participant contract, the paper that you signed and received before being released on E/M. It is your responsibility to arrive at court on time and to return home immediately after completing your appearance. Monitoring equipment at the court records your appearance times.

If you have any continuances or have other cases pending in any jurisdictions, you must call to obtain movement permission for the court attendance seventy-two hours in advance. **If you have court on Monday, you must call on Friday.**

## ELECTRONIC MONITORING
## (877) 326-9198

<u>Cookcountysheriff@BI.com</u>

**E.M.U. 711G (07-18)**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER -- CCSO 000001

## PROPERTY

You will be allowed to pick up your property from the Chicago Police on Tuesday's and Thursday's **only**.

## RELOCATIONS

You can request to relocate to another residence <u>after 30 days</u> by calling the Electronic Monitoring telephone number in the event the owner of the home or apartment no longer wishes to house you. Participants are only allowed to relocate <u>*once*</u> while on the program.

## BONDING

You may bond off of Electronic Monitoring by calling the telephone number.

## WORK OR SCHOOL

You may request to work on a legitimate job, in a single location, or attend school by calling the telephone number at least three business days prior to starting. You must submit a weekly schedule and copies of your pay stubs each month to the EM email.

## EMERGENCY

If an emergency situation occurs that requires you to seek medical treatment you should call the phone number listed in addition to 91.

## PROGRAM FEE

If you were ordered to pay a daily fee to participate in electronic monitoring, you must have paid the fee in full to the Clerk of the Circuit Court prior to being discharged from the program.

---

Any violation of the rules and regulations of the Electronic Monitoring Program will result in immediate reincarceration.

---

## PROGRAM RELEASE

If you have satisfied your obligation to the court, such as found not guilty, sentenced to time considered served, probation, etc., it is your responsibility to notify the Electronic Monitoring Unit by calling (877) 326-9198, within five (5) hours of your court appearance. You will be asked to provide your name, Jail ID number, court location and case disposition. You must have this information available when you call. Following confirmation, you will receive a return phone call from the Electronic Monitoring Center advising you if you are entitled to be discharged. If discharged, you will again be given instructions regarding what times you can return your Electronic Monitoring equipment.

If you have been issued a cellular monitoring unit, you will use the system's attached cell phone to contact the Monitoring Center for making movement requests and other matters. If regular phone service is restored to your home, you must contact the Monitoring Center within 24 hours.

## EQUIPMENT RETURNS

All Electronic monitoring Equipment must be returned to:

**2538 S. California**
**Chicago, Illinois**
<u>*Between the hours of*</u>
<u>*9:00 a.m-4:00 p.m. Monday-Friday*</u>
<u>*Equipment Calls Only 773-696-9448*</u>

---

# Cook County Sheriff's Office



*Electronic Monitoring Unit*

---

**Participant
Information Brochure**

---

You have been court ordered to participate in The Cook County Sheriff's Electronic Monitoring Program in lieu of being detained in the Cook County Department of Corrections. You have agreed to abide by the conditions of the Monitoring Program by signing the participant contract. This brochure will explain the program rules and regulations that you must follow to successfully complete the program.

Your success on this program is dependent on your strict compliance of program rules and regulations. If you have any questions, inform Electronic Monitoring personnel prior to your release or call the telephone number below, following your release.

---

# Electronic Monitoring
# (877) 326-9198

**Cookcountysheriff@BI.com**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER -- CCSO 000002