**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Michael Arquero

                    Plaintiff,

v.                                               Case No.: 1:19−cv−01528
                                                Honorable Steven C. Seeger

Tom Dart, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 18, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The parties gave word to the Courtroom Deputy that they have reached a settlement in principle. Based on that representation, the motion for summary judgment (Dckt. No. [130]) is hereby denied as moot. The parties must file a notice on the docket saying that they have reached a settlement in principle. The Court thanks the parties for taking the thoughtful step of notifying the Courtroom Deputy of the settlement in principle. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.