UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Michael Arquero
                Plaintiff,

v.
                                            Case No.: 1:19−cv−01528
                                            Honorable Steven C. Seeger

Tom Dart, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 13, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: On May 18, 2023, this Court issued a minute order about news that the parties had reached a settlement in principle. (Dckt. No. [144]) The Court appreciated that counsel took the time to give that courtesy heads−up to the Court. This Court directed the parties to "file a notice on the docket saying that they have reached a settlement in principle." Id. Since then, almost five months have passed, and the parties have filed nothing. The Court has not received an update. The Court assumes that the parties have settled. If that assumption is incorrect, the parties can file a motion. The complaint is dismissed without prejudice. The dismissal shall automatically convert to a dismissal with prejudice on October 31, 2023 unless a party seeks and receives relief from the Court. The case is closed. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.